## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

      vs.

Kwame Brown

\*

\*

\*

**Case No.**   23-cr-00049-JKB-1

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING
### PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention

hearing is set for __Thursday March 2, 2023__ *(date)* at ___10:30am___ *(time)* before

The Honorable Judge A. David Copperthite_____, United States

Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ____7B____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

(____Defendant to be held at CDF____) (Other Custodial Official) and produced for the hearing.

February 27, 2023
Date

A. David Copperthite
United States Magistrate Judge